# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 17-3983 |
| HOSPITALITY SUPPORTIVE SYSTEMS LLC, | |
| Defendant. | |

## ORDER

**AND NOW**, this 12th day of February, 2018, upon consideration of Defendant Hospitality Supportive Systems LLC's ("HSS") Motion for Leave to Join Sompo Entities as Counterclaim Defendants, Plaintiff Endurance American Specialty Insurance Company's Memorandum of Law in Opposition, and HSS's Reply Brief, it is hereby **ORDERED** that HSS's Motion for Leave to Join Sompo Entities as Counterclaim Defendants (Doc. No. 28) is **DENIED**.

BY THE COURT:


Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE