# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, | : : : | CIVIL ACTION |
| Plaintiff, | : : | No. 17-3983 |
| v. | : : | |
| HOSPITALITY SUPPORTIVE SYSTEMS LLC, | : : : | |
| Defendant. | : : | |

## ORDER

**AND NOW**, this 14th day of August, 2018, upon consideration of Plaintiff Endurance American Specialty Insurance Company's ("Endurance") "Petition for Fees in Accordance with the Court's April 30, 2018 Order" and Defendant Hospitality Supportive Systems LLC ("HSS") and non-parties Selective Risk Management LLC and Selective Law Group LLC's (the "Selective Entities") "Answer to Endurance's Petition for Fees," it is hereby **ORDERED** that:

1. Endurance's Petition for Fees (Doc. No. 55) is **GRANTED**;

2. HSS and the Selective Entities are jointly and severally liable for paying **$2,689.00** to Endurance in attorneys' fees; and

3. Endurance's request to make a supplemental submission for additional fees is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE